JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER, | Case No. CV 13-08333 DDP |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| U.S. CENTRAL DISTRICTCOURT OF CALIFORNIA, R. GARY KLAUSNER, Official Capacity, RALPH ZAREFSKY, Official Capacity, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than February 12, 2014, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 21, 2014

DEAN D. PREGERSON
United States District Judge